# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
RICHARD K. PHIPPS,                    *
                                      *
                Plaintiff,            *
                                      *   No. 14-4245L
        v.                            *   Filed: December 9, 2015
                                      *
UNITED STATES,                        *
                                      *
                Defendant.            *
                                      *
* * * * * * * * * * * * * * * * * *  *
```

### O R D E R

      The court is in receipt of plaintiffs' motion to voluntarily dismiss certain plaintiffs' claims in the case of <u>Richard K. & Marilyn A. Phipps, et al. v. United States</u>, Case No. 14-424L, including the above-captioned plaintiff. The claims associated with parcel identification number 050050072000000, of the above-captioned plaintiff, are, hereby, **SEVERED** from the case of <u>Richard K. & Marilyn A. Phipps, et al. v. United States</u>, Case No. 14-424L, and shall be reorganized, for case management purposes, into the above-captioned case, <u>Richard K. Phipps v. United States</u>, and assigned Case No. 14-4245L. The court **DISMISSES**, without prejudice, the claims of Richard K. Phipps associated with parcel identification number 050050072000000.  As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b).  As claims associated with other properties of the above-captioned plaintiff remain pending, Case No. 14-4245L shall not be closed at this time.  Neither the dismissal of the claims associated with the above identified parcel identification number nor the entry of judgment by the Clerk's Office as to the parcel shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of <u>Richard K. & Marilyn A. Phipps, et al. v. United States</u>, Case No. 14-424L.

      **IT IS SO ORDERED**.

                                                                               <u>s/Marian Blank Horn</u>
                                                                      **MARIAN BLANK HORN**
                                                                             **Judge**