# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                     *
RICHARD K. PHIPPS,                   *
                                     *
              Plaintiff,             *
                                     *
     v.                              *   No. 14-4245L
                                     *   Filed: December 1, 2017
UNITED STATES,                       *
                                     *
              Defendant.             *
                                     *
* * * * * * * * * * * * * * * * *   *
```

## O R D E R

On December 9, 2015, the issued an order of dismissal for plaintiff's claims associated with parcel identification number 05005007200000.  On December 1, 2017, the parties in case number 14-424L filed a joint stipulation of dismissal with prejudice, which stated in part, "on September 30, 2017, the parties entered into a Settlement Agreement resolving all claims in this case that had not previously been resolved either by the Court's summary judgment ruling, ECF No. 46, or as a result of the notice of dismissal filed by Plaintiffs." (internal reference omitted).  The stipulation of dismissal also provided that "all claims in the above-captioned action are voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice." As a result of the stipulation and pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**